68   423
166s  461

## John Angus and George A. Gindele v. J. B. Sullivan & Bro.

1. Short Cause Calendar—*Sufficient Affidavit.*—The following affidavit, " William C. Malley being first duly sworn, on oath deposes and says that he is the duly authorized agent in this behalf, of the plaintiff in the above entitled cause, and that he verily believes the trial of the above entitled cause will not occupy more than one hour's time," is sufficient under the short cause calendar act.

Assumpsit, on promissory notes. Appeal from the Circuit Court of Cook County; the Hon. Edward F. Dunne, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed January 21, 1897.

### Statement of the Case.

This cause was placed upon the short cause calendar under notice given upon the following affidavit :

" William C. Malley, being first duly sworn, on oath

deposes and says that he is the duly authorized agent in this behalf, of the plaintiff in the above entitled cause, and that he verily believes the trial of the above entitled cause will not occupy more than one hour's time.

WILLIAM C. MALLEY."

A motion to strike the cause from such calendar having been denied, a trial was had, with the result of a finding and judgment for appellee, from which judgment appellant has appealed, and urges that the affidavit was insufficient to justify the placing of the cause upon the short cause calendar.

HOYNE, FOLLANSBEE & O'CONNOR, attorneys for appellants.

No appearance for appellee.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

Our action must be governed by the case of Angus v. Orr & Lockett Co., 64 Ill. App. 378.

The judgment of the Circuit Court is affirmed.